UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDWARD BIENKOWSKI, et al.,

Plaintiffs,

v.

CMG MEDIA CORPORATION (d/b/a COX MEDIA GROUP),

Defendant.

CIVIL ACTION NO. 1:22-cv-04462-JPB

**ORDER**

This matter is before the Court on Defendant's Motion to Compel Arbitration [Doc. 18] and Motion to Seal [Doc. 19]. This Court finds as follows:

Plaintiffs filed this action on November 8, 2022. [Doc. 1]. Defendant filed the instant Motion to Compel Arbitration [Doc. 18] on February 20, 2023. On March 13, 2023, Plaintiffs filed a First Amended Complaint [Doc. 21]. In light of the amended pleading, the Motion to Compel Arbitration [Doc. 18] is **DENIED** as moot. The Motion to Seal [Doc. 19], however, is **GRANTED**. The Clerk is **DIRECTED** to seal the Unredacted Declaration of Sara Skinner Cole.

**SO ORDERED** this 22nd day of March, 2023.

**J. P. BOULEE**
United States District Judge