**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| EDWARD BIENKOWSKI AND FELECIA HAWKINS, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CMG MEDIA CORPORATION (d/b/a COX MEDIA GROUP),<br><br>Defendant. | Case No. 1:22-CV-04462 |

**DEFENDANT CMG MEDIA CORPORATION'S MOTION TO COMPEL ARBITRATION**

Defendant CMG Media Corporation ("CMG") respectfully moves this Court to compel arbitration of Plaintiffs Edward Bienkowski's and Felecia Hawkins' claims against CMG pursuant to Federal Rule of Civil Procedure 12(b)(1) and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. Additionally, CMG moves to stay all proceedings pending resolution of its motion to compel arbitration and, if the motion is granted, until the conclusion of the arbitration, as required by 9 U.S.C. § 3 and the terms of Plaintiffs' agreement with Cox.

This motion is based on the supporting Memorandum of Law, the Declaration of Sara Skinner Cole, the pleadings, records, and other papers on file in this action.

Dated: March 27, 2023

COOLEY LLP

By: /s/ Tiana Demas

Tiana Demas (*pro hac vice)*
tdemas@cooley.com
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312-881-6500
Facsimile: +1 312-881-6598

David Mills (*pro hac vice)*
dmills@cooley.com
Shane Rogers (*pro hac vice)*
srogers@cooley.com
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: +1 202-776-2273
Facsimile: +1 202-842-7899

James A. Demetry
Demetry, DeCarlo & Coffman
3666 N. Peachtree Road, Suite 100
Chamblee, GA 30341
Telephone: +1 770-274-4383
jdemetry@demetrydecarlo.com

*Attorneys for Defendant*
*CMG Media Corporation*